DocuSign Envelope ID: 719642CA-663B-4D4D-B86E-74DE32A7B730

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,<br><br>       Plaintiff,<br><br>       v.<br><br>ARDENE USA INC.,<br><br>       Defendant. | ECF CASE<br><br>No.: 1:19-cv-1293 (RJD)(PK) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to

dismiss this action with prejudice, resolving all matters in dispute having been made and

each party to bear its own fees and costs.

Dated: __August 9,_____ 2019
     New York, New York

_____
Douglas B. Lipsky, Esq.
LIPSKY LOWE LLP
420 Lexington Avenue, Suite 1830
New York, New York 10170-1830
Doug@lipskylowe.com
212.392.4772
*Attorneys for Plaintiff*

Dated: __August 16_____ 2019
     New York, New York

_____
Kieran G. Doyle
COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street
New York, New York 10036-1525
kgd@cll.com
212.790.9261
*Attorneys for Defendant*

SO ORDERED:

8/20/19

s/Raymond J. Dearie

_____
HON. RAYMOND J. DEARIE